# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| LARAY BENTON | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2015-3004 |
| | ) | |
| MERIT SYSTEMS PROTECTION BOARD, | ) ) ) | |
| | ) | |
| Respondent, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| NUCLEAR REGULATORY COMMISSION, | ) ) | |
| | ) | |
| Intervenor. | ) | |

## INTERVENOR'S RESPONSE TO PETITIONER'S MOTION FOR EXTENSION OF TIME

Pursuant to Federal Circuit Rules 26(b) and 27(b), intervenor, the Nuclear Regulatory Commission, respectfully submits this response to petitioner's motions filed January 21, 2015 and January 27, 2015. On January 21, 2015, petitioner, LaRay Benton, filed a procedural motion requesting 30 days following acceptance of his brief, which was previously rejected, to respond to our Motion to Recaption, filed on January 12, 2015. In this motion, Mr. Benton also requested that (1) he have 30 days to respond to all future motions; (2) the Court accept his resubmitted

informal brief "as is;" and (3) he be allowed to file pleadings through the Case Management/Electronic Case Filing (CM/ECF) system. Mr. Benton also filed a motion on January 27, 2015 requesting that he be appointed pro bono counsel.

As the Court issued an order granting our Motion to Recaption on January 26, 2015, Mr. Benton's request for additional time to respond is now moot. However, we oppose Mr. Benton's request for 30 days to respond to all future pleadings, as this request is inconsistent with Federal Circuit Rule 26(b), which requires a showing of good cause. Should Mr. Benton seek leave of a specific deadline in the future, we will provide him our position in accordance with the Court's rules.

To the extent Mr. Benton raises additional issues in these motions, we respectfully state that we take no position and defer to the Court's discretion and judgment.

    Respectfully submitted,

    JOYCE R. BRANDA
    Acting Assistant Attorney General

    ROBERT E. KIRSCHMAN, JR.
    Director

    /s/ Patricia M. McCarthy
    PATRICIA M. MCCARTHY
    Assistant Director

                              /s/ Jessica L. Cole
                              JESSICA L. COLE
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, DC  20044
Telephone:  (202) 616-9322
Facsimile:  (202) 353-0972
Email:  Jessica.L.Cole@usdoj.gov

January 30, 2015                    *Attorneys for Respondent United States*

# **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 30th day of January, 2015, a copy of the foregoing INTERVENOR'S RESPONSE TO PETITIONER'S MOTION FOR EXTENSION OF TIME was filed electronically.

____ This filing was served electronically to all parties by operation of the Court's electronic filing system.

_X__ A copy of this filing was served via:

    ____ hand delivery

    _X_ mail

    ____ third-party commercial carrier for delivery within 3 days

    ____ electronic means, with written consent of the party being served

to the following address:

LaRay J. Benton
1731 Stourbridge Court
Mitchellville, MD 20721

/s/ Jessica L. Cole