IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

LARAY J. BENTON,
          Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,
          Respondent,

and

NUCLEAR REGULATORY COMMISSION,
          Intervenor.

NO. 2015-3004

## RESPONDENT'S RESPONSE TO PETITIONER'S MOTIONS FOR EXTENSION OF TIME AND APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Federal Circuit Rule 27(b), Respondent, the Merit Systems Protection Board, submits this response to Petitioner's motions filed January 21, 2015, and January 27, 2015. Petitioner's January 21 motion requests various extensions of time, waiver of the Court's requirements regarding the format of his brief, and registration as an electronic filer. His January 27 motion requests appointment of pro bono counsel.

Respondent joins in its entirety the January 30, 2015 response

submitted by Intervenor, the Nuclear Regulatory Commission, addressing

these motions.


Respectfully submitted,

BRYAN G. POLISUK
General Counsel


KATHERINE M. SMITH
Attorney
Office of the General Counsel
Merit Systems Protection Board
1615 M Street, NW
Washington, DC 20419-0002
(202) 254-4494

DATE: February 2, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on this date, service of RESPONDENT'S RESPONSE TO PETITIONER'S MOTIONS FOR EXTENSION OF TIME AND APPOINTMENT OF PRO BONO COUNSEL was made upon the following individual, by mailing a true and correct copy thereof by first class mail, postage prepaid:

LaRay J. Benton
1731 Stourbridge Court
Mitchellville, MD 20721

Service was made electronically upon the Intervenor, the Nuclear Regulatory Commission, via the Court's Electronic Case Filing (ECF) system.

DATE: February 2, 2015

Katherine M. Smith
Counsel for Respondent